Receipt number AUSFCC-8996971

# In The United States Court of Federal Claims

KEVIN ALLARD; VICKI ALLARD; KEVIN
ALLARD, as trustee of the Allard Family Trust
Dated May 8, 2013; VICKI ALLARD, as trustee
of the Allard Family Trust Dated May 8, 2013;
JODY ANDERSON; GIAMO ANZALONE;
AUDREY LISA AUTRY; GEORGE NEWTON
AUTRY; JACQUELINE MARIE BAINES;
ADAM BARRETT; FRANCES J. BARRETT;
LISA BRUSH; FREDDY BARRIOS; DANIEL
LEE BENNETT; BILLICK LOGGING INC., an
Oregon corporation; GARY L BILLICK; JULIE
BIRKHOLZ; KURT SCHRUM; CHARLES
BOECHLER; ROBERT BOEHM; SHARON L.
BOEHM; ROBERT BOEHM, as trustee of the
BOEHM FAMILY TRUST; SHARON L.
BOEHM, as trustee of the BOEHM FAMILY
TRUST; KIRK BOLTON; YEVONNA
LOKEY; CORTNEY BOONE; SETH
BRADFORD; CEST'LA MORITZ;
MUSHROOMS NORTHWEST LLC, an Oregon
limited liability company; DANIEL BREDEN;
DANIEL ERNEST BRENNER;
INNOVA/RENOVA, INC., an Oregon
corporation; MARY PATRICIA LIPP; JIMMY
ALLEN BROCK; MELINDA JEAN BROCK;
MELINDA JEAN BROCK, d/b/a PIXELS and
PINE; FRANK BROWNING; CHARLES
CLIFTON BUCHANAN, JR.; CHARLES
CLIFTON BUCHANAN, JR., as Trustee of the
BUCHANAN FAMILY TRUST; JAMES
MICAJUH GNEHM BUCHANAN; SARAH
MICAELA BUCHANAN; SUZANNA
MYKELLE MACLOUD BUCHANAN;
DELLA LORRAINE CANTRELL-MYERS;
BRIAN CASSIDY; CASSANDRA CHAFIN;
CASSANDRA CHAFIN d/b/a MCKENZIE
RIVER SHUTTLE SERVICE; PARIS CHAFIN;
RICHARD CAMPBELL; SAXON
CAMPBELL; JEFFERY LYNN CHAPEK;
LINDA KATHRYN CHAPEK; LINDA
CHMIEL; SHANDI CHRISTIANSON;
CHAUNCEY CHRISTIANSON; CAISON
ECHOLS; SHANDI CHRISTIANSON, as
guardian ad litem for A.E.; SHANDI
CHRISTIANSON, as guardian ad litem for L.E.;
SHANDI CHRISTIANSON, as guardian ad
litem for P.E.; CODY COOPER; JACK
COOPER; SHERI COOPER; KATHERINE

Case No. **23-1569 L**

**COMPLAINT**
**Inverse Condemnation**

COMPLAINT 

1

**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473

CORBAN; THOMAS MALCOLM GILBERT
NICOLE CRUMP; JAMES ALLAN CURTIS;
MOIRA RUTH CURTIS; STEWART GAVIN
CURTIS; JAMES ALLAN CURTIS, as
guardian ad litem for E.R.C.; JAMES ALLAN
CURTIS, as guardian ad litem for L.A.C.;
MADE BY MINDY SOUP, LLC, an Oregon
limited liability company; NORMAN DAWDY;
JENNIFER ROSINI; HUBERTUS BERT De
KLERK; CEDRIC J.C. De KLERK;
CORNELIA DE KLERK; ISABELLE C.J. DE
KLERK; ANNIE MARGARITA; KARL
ANTHONY STEPHANY; MICHELLE
SUZANNE STEPHANY; HUBERTUS BERT
De KLERK , as trustee of the BERT DE
KLERK REVOCABLE LIVING TRUST;
ANNIE MARGARITA d/b/a ANNIE
MARGARITA STUDIO; BERT'S GUIDE
SERVICE LLC, an Oregon limited liability
company; MCKENZIE RIVER INN
EXCLUSIVE LLC, an Oregon limited liability
company; PATRICK JOHN DIBALA; NANCY
GLORIA WOOD; MARK JASON WOOD;
PATRICK JOHN DIBALA, as trustee of the
DIBALA WOOD TRUST; NANCY GLORIA
WOOD, as trustee of the DIBALA WOOD
TRUST; CHRISTMAS TREASURES INC., an
Oregon corporation; MARK DICKERSON;
GARY DYE; CASSIE PENDERGAST; GARY
DYE, as guardian ad litem for H.D.; MICHAEL
ENGLISH; JUSTIN SMITH; Level 7 Drywall,
LLC, an Oregon limited liability company;
KIMBERLY DIANE ERICKSON; TRAVIS
EVELAND; ANDREA MULLINS; TOMMY
FERGASON; AUSTIN FOLNAGY; ALEXIS
MAY BECKER; LEXTACY, LLC, an Oregon
limited liability company; MAGYAR
PROPERTY MANAGEMENT &
INVESTMENT LLC, an Oregon limited liability
company; CALVIN MOTT; SHERRI FRANCE;
MARK DEWANE FREDERICK; Vivian
CIVISH FREDERICK; DANIEL GARR;
JAMIE GARR; BILLY GARR; DYLAN
GARR; HAILEE SMITH; ILA GARR; ERIK
GIFFEN; ELISHA GOODRICK; JAMES
RETHAFORD; ELISHA GOODRICK, as
guardian ad litem for K.R.; ELISHA
GOODRICK, as guardian ad litem for X.R.;
TANIA LEE GUTIERREZ; JOHN
GUTIERREZ; LEILA MAY GUTIERREZ;
RYAN HAGERMAN; ERIN TAYLOR;
RICHARD STEVEN HARMS; MARCIA
IRENE SHEARER; MELINDA CHRISTINE

COMPLAINT                                    2

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473

HAVERTY, individually and d/b/a ELK
CREEK CABINS; ALEXANDRIA
CHAMBERLIN BLANTON; TROY LEE
RETHAFORD; ALEXANDRIA
CHAMBERLIN BLANTON, as guardian ad
litem for W.W. W; JEFFREY KING
HENINGTON; JANELL HIBBS; TAMERA
RENA HOLT; TEDDY ROTHMER
HUFFORD; LUCAS JOHN HUFFORD;
PEGGY EILEEN HUFFORD; TIMBERLINE
LOGGING, INC., an Oregon corporation;
SARITA INCH-CARRINO; ANDREW M
CARRINO; WILLIAM JELINEK; TAMI
KING; LINDSEY JENKINS; JAMES
JOHNSON; MICHAEL KEVIN JONES; ERIK
ANDREW JOURNEY; DENNIS MICHAEL
KANE; MICHELLE KEASLING; WILLIAM
WHITAKER; MICHELLE KEASLING, as
guardian ad litem for P.W.; Olivia Kilpatrick; as
guardian ad litem for K.G.; TERRANCE
KIMBLE; DANIEL ORION KRUEGER;
ROBERT LAFONT; CHRISTINA DORENE
LEDFORD; WILLIAM LOUIS LESSEL;
ELIZABETH MAY LIVINGSTON; ALLEN
LIVINGSTON; ELIZABETH MAY
LIVINGSTON, as guardian ad litem for A. L.;
ELIZABETH MAY LIVINGSTON as guardian
ad litem for An.L.; Mustangs and Fast Fords, an
Oregon nonprofit Corporation; CHRISTOPHER
MADDEN; ELLEN KEAS; JENNIFER
MARSHALL; JODEY MARSHALL; HAROLD
LEROY HUNTER; DAEMUN MARSHALL;
JENNIFER MARSHALL, as guardian ad litem
for A.M.; JENNIFER MARSHALL, as guardian
ad litem for E.M.; JENNIFER MARSHALL, as
guardian ad litem for L.M; RAND
MASSINGHAM; PAMILA MASSINGHAM;
DEJA MATAISZ; DAVID MAYBERRY;
ZACHARY VANTA; CRETH MAYR;
FRANCIS MERCEDES MAYR; GABRIEL
VILLA; REBECCA LYNN MCCLASKEY;
ROYAL ALEXANDER MCCLASKEY;
WAYNE ALLAN MCCORMICK; AUSTIN
MELBYE; DAVID MELBYE; TINA
MELBYE; DELMARE MONICAL; CHALENE
MUDD; CHALENE MUDD as guardian ad
litem for L. M.; BEATNIKZ LLC, an Oregon
limited liability company; HALIA MUELLER;
HOPE MUELLER; KARL MUELLER;
MICHAEL MYERS; SHANE NAVARRO;
NAVARRO PROPERTIES LLC, an Oregon
limited liability company; OREGON METAL
ROOFING AND GUTTERS, LLC, an Oregon

**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473

limited liability company; KARIN NEGRETE; ERIC HICKMAN; KARIN NEGRETE, as guardian ad litem for A.H.-C.; ASHLEY NORWOOD-MCCALL; ALVARO OCHOA; ALEXA OCHOA; EDITH OCHOA; ALVARO OCHOA , as guardian ad litem for A.O.; ALVARO OCHOA, as guardian ad litem for E.O.; AMBER MICHELLE OLIVER; KENDALL SMELTZER; ANDREW OLIVER; THOMAS MICHAEL OLIVER; ALYSSA PANICCIA; MICHAEL PANICCIA; ALYSSA PANICCIA, as guardian ad litem for A.P.; ALYSSA PANICCIA, as guardian ad litem for G.P.; PEGGY J. PANTEL; KIMBERLY CHEYENNE PAUL; DAVID EUGENE PAUL; DREW PETERS; TINA PETERSON-OYERVIDES; ANGELIQUE CASTRO; CHRIS OYERVIDES; DJ PETERSON;  PATRICIA RICHARDSON; SHARON OUAKIL; ANGELIQUE CASTRO, as guardian ad litem for C.C.; ANGELIQUE CASTRO, as guardian ad litem for M.C.; ANGELIQUE CASTRO, as guardian ad litem for R.C.; ANGELIQUE CASTRO, as guardian ad litem for N.G.; BRITTANY R. PETRENY;  BRITTANY R. PETRENY, as guardian ad litem for J.R.P.; BRITTANY R. PETRENY, as guardian ad litem for J.J.P.; WENDY MILLS QUIRK; DANIEL LEE QUIRK; JOYCE MARIE MILLS; JOYCE MARIE MILLS, as Personal Representative of the GARY HOWARD MILLS ESTATE; LEXIE ANNE QUIRK; TAYLOR MARIE QUIRK; WQ Bookkeeping LLC, an Oregon limited liability company; KATHI MECHELLE REED; BLAZE IRWIN MARTIN; KENDELL CHAD REESE; KAYLA MARIE KUMLE; WINONA RHODES; KYLE RICHARDS; GREG DAVIS; KATHRYN HEINONEN; ANN STATEN; CASEY STATEN; ROBERT RIEDMANN; ANNA LEIGH RIEDMANN; PHOENIX RIESING; PHOENIX RIESING, as guardian ad litem for D.M.S.; PHOENIX RIESING, as guardian ad litem for C.A.S.; MARY RIPPBERGER; MARK A. ROHLFS, individually and d/b/a SANTA & SONS CHRISTMAS TREE; PATRICIA A. ROHLFS; DENISE ROLFE; LARRY WOODWARD; JIM DOUGLAS CLINTON ROMAN; JIM DOUGLAS CLINTON ROMAN, as guardian ad litem for T.R.; LINDSAY MICHELLE ROYALS; BRANDON MICHAEL SHAW; CODY RUMBLE, individually and d/b/a STRINGS PRODUCTION;  JAIME SALAZAR;

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

DIANA SHEFCHECK, individual and as
Trustee of the STEVEN AND DIANA
SHEFCHECK LIVING TRUST; STEVEN
SHEFCHECK, individual and as Trustee of the
STEVEN AND DIANA SHEFCHECK LIVING
TRUST; MEGAN MARIE SHELLY; CY
BENEDICT DELLENBACK-OUELLETTE;
JOSIAH SHIRLEY; RONALD GENE SHORT;
REBECCA EMLAY SHORT; RONALD GENE
SHORT, as guardian ad litem for R.L.A.S.;
RSC, Inc., an Oregon corporation; ROBERT
SHUSTER; ROBERT SHUSTER, as guardian
ad litem for A.S.; ROBERT SHUSTER, as
guardian ad litem for M.S.; TERESA
SIMMONS; CHRISTOPHER HERNANDEZ;
JAMERSON SIMPSON; LAURA SIRECI;
ROBIN ELAINE SLAVEN; ROBIN ELAINE
SLAVEN, as guardian ad litem for B.A.S.;
KEONI SOPER; ANDREW E. SPENCER;
ANNA K. COURGAIN; ANDREW E.
SPENCER, as guardian ad litem for A.E.S.;
ZACHARY ST. VINCENT; NATALIA
STOCKTON; ZACHARY ST. VINCENT, as
guardian ad litem for J.S.V; ZACHARY ST.
VINCENT as guardian ad litem for M.S.V.;
GARRETT STEVENS; DOUGLAS HUERTA;
JIMMY JORDAN; STEPHANIE BOBBITT;
JOSH STONE; SHANTEL WERNER; JOSH
STONE, as guardian ad litem for K.K.; JOSH
STONE, as guardian ad litem for Ko.K; JOSH
STONE as guardian ad litem for Ky.K.;
MICHAEL EDWARD SULLIVAN; MICHAEL
EDWARD SULLIVAN; as guardian ad litem for
N.B.S.; DACHIA THOMPSON TRISTAN
THOMPSON; OLIVIA THOMPSON; ADAM
COTTA;  RICHARD THOMPSON;
CHRISTOPHER GOHL; DAVID
THULSTRUP; LUANNE THULSTRUP;
STEVEN TRINE; TIFFANY HARVEY;
TIFFANY HARVEY, as guardian ad litem for
K.M.; KAYLA TROUTMAN; SHAUN KELLY
BORG; BRIAN THOMAS VARNEY;
MELISSA ANN VARNEY; JASON DUPREE
WALKER; JEFFREY STERLING WELCH;
RUSSELL GLENN WEST; STEWART
WESTON; WILLIAM M. WIESE; JOSHUA
ANTHONY COACH; RIKKI RAQUEL
ESTRADA; JULIE WILCHER; LISA
WILLSON; MORGAN ROSE WILLSON;
JANE WILSON, individually and as trustee of
the BOB AND JANE WILSON FAMILY
TRUST, UAD April 17, 2018; ROBERT
WILSON, individually and as trustee of the

COMPLAINT                                    5

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473

BOB AND JANE WILSON FAMILY TRUST,
UAD April 17, 2018; JANET WILSON;
MICHELLE WILSON; AUSTIN WILSON;
CHANCE WILSON; SHAWN WILSON;
TERRY SHANE WILSON; ROBYN L.
WINTERS; PENNIE WOLFORD; MATTHEW
SCOTT YOUNG; JENNIFER YOUNG;
MATTHEW SCOTT YOUNG, as guardian ad
litem for C.J.Y.; MATTHEW SCOTT YOUNG,
as guardian ad litem for J.S.Y.; and MATTHEW
SCOTT YOUNG, as guardian ad litem for J.Y.;,

       Plaintiffs,

    v.

THE UNITED STATES,

       Defendant.

**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473

Plaintiffs KEVIN ALLARD; VICKI ALLARD; KEVIN ALLARD, as trustee of the Allard Family Trust Dated May 8, 2013; VICKI ALLARD, as trustee of the Allard Family Trust Dated May 8, 2013; JODY ANDERSON; GIAMO ANZALONE; AUDREY LISA AUTRY; GEORGE NEWTON AUTRY; JACQUELINE MARIE BAINES; ADAM BARRETT; FRANCES J. BARRETT; LISA BRUSH; FREDDY BARRIOS; DANIEL LEE BENNETT; BILLICK LOGGING INC., an Oregon corporation; GARY L BILLICK; JULIE BIRKHOLZ; KURT SCHRUM; CHARLES BOECHLER; ROBERT BOEHM; SHARON L. BOEHM; ROBERT BOEHM, as trustee of the BOEHM FAMILY TRUST; SHARON L. BOEHM, as trustee of the BOEHM FAMILY TRUST; KIRK BOLTON; YEVONNA LOKEY; CORTNEY BOONE; SETH BRADFORD; CEST'LA MORITZ; MUSHROOMS NORTHWEST LLC, an Oregon limited liability company; DANIEL BREDEN; DANIEL ERNEST BRENNER; INNOVA/RENOVA, INC., an Oregon corporation; MARY PATRICIA LIPP; JIMMY ALLEN BROCK; MELINDA JEAN BROCK; MELINDA JEAN BROCK, d/b/a PIXELS and PINE; FRANK BROWNING; CHARLES CLIFTON BUCHANAN, JR.; CHARLES CLIFTON BUCHANAN, JR., as Trustee of the BUCHANAN FAMILY TRUST; JAMES MICAJUH GNEHM BUCHANAN; SARAH MICAELA BUCHANAN; SUZANNA MYKELLE MACLOUD BUCHANAN; DELLA LORRAINE CANTRELL-MYERS; BRIAN CASSIDY; CASSANDRA CHAFIN; CASSANDRA CHAFIN d/b/a MCKENZIE RIVER SHUTTLE SERVICE; PARIS CHAFIN; RICHARD CAMPBELL; SAXON CAMPBELL; JEFFERY LYNN CHAPEK; LINDA KATHRYN CHAPEK; LINDA CHMIEL; SHANDI CHRISTIANSON; CHAUNCEY CHRISTIANSON; CAISON ECHOLS; SHANDI CHRISTIANSON, as guardian ad litem for A.E.; SHANDI CHRISTIANSON, as guardian ad litem for L.E.; SHANDI CHRISTIANSON, as guardian ad litem for P.E.; CODY COOPER; JACK COOPER; SHERI

COMPLAINT

7

COOPER; KATHERINE CORBAN; THOMAS MALCOLM GILBERT NICOLE CRUMP;

JAMES ALLAN CURTIS; MOIRA RUTH CURTIS; STEWART GAVIN CURTIS; JAMES

ALLAN CURTIS, as guardian ad litem for E.R.C.; JAMES ALLAN CURTIS, as guardian ad

litem for L.A.C.; MADE BY MINDY SOUP, LLC, an Oregon limited liability company;

NORMAN DAWDY; JENNIFER ROSINI; HUBERTUS BERT De KLERK; CEDRIC J.C. De

KLERK; CORNELIA DE KLERK; ISABELLE C.J. DE KLERK; ANNIE MARGARITA;

KARL ANTHONY STEPHANY; MICHELLE SUZANNE STEPHANY; HUBERTUS BERT De

KLERK , as trustee of the BERT DE KLERK REVOCABLE LIVING TRUST; ANNIE

MARGARITA d/b/a ANNIE MARGARITA STUDIO; BERT'S GUIDE SERVICE LLC, an

Oregon limited liability company; MCKENZIE RIVER INN EXCLUSIVE LLC, an Oregon

limited liability company; PATRICK JOHN DIBALA; NANCY GLORIA WOOD; MARK

JASON WOOD; PATRICK JOHN DIBALA, as trustee of the DIBALA WOOD TRUST;

NANCY GLORIA WOOD, as trustee of the DIBALA WOOD TRUST; CHRISTMAS

TREASURES INC., an Oregon corporation; MARK DICKERSON; GARY DYE; CASSIE

PENDERGAST; GARY DYE, as guardian ad litem for H.D.; MICHAEL ENGLISH; JUSTIN

SMITH; Level 7 Drywall, LLC, an Oregon limited liability company; KIMBERLY DIANE

ERICKSON; TRAVIS EVELAND; ANDREA MULLINS; TOMMY FERGASON; AUSTIN

FOLNAGY; ALEXIS MAY BECKER; LEXTACY, LLC, an Oregon limited liability company;

MAGYAR PROPERTY MANAGEMENT & INVESTMENT LLC, an Oregon limited liability

company; CALVIN MOTT; SHERRI FRANCE; MARK DEWANE FREDERICK; Vivian

CIVISH FREDERICK; DANIEL GARR; JAMIE GARR; BILLY GARR; DYLAN GARR;

HAILEE SMITH; ILA GARR; ERIK GIFFEN; ELISHA GOODRICK; JAMES RETHAFORD;

ELISHA GOODRICK, as guardian ad litem for K.R.; ELISHA GOODRICK, as guardian ad

**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

litem for X.R.; TANIA LEE GUTIERREZ; JOHN GUTIERREZ; LEILA MAY GUTIERREZ;
RYAN HAGERMAN; ERIN TAYLOR; RICHARD STEVEN HARMS; MARCIA IRENE
SHEARER; MELINDA CHRISTINE HAVERTY, individually and d/b/a ELK CREEK CABINS;
ALEXANDRIA CHAMBERLIN BLANTON; TROY LEE RETHAFORD; ALEXANDRIA
CHAMBERLIN BLANTON, as guardian ad litem for W.W. W; JEFFREY KING HENINGTON;
JANELL HIBBS; TAMERA RENA HOLT; TEDDY ROTHMER HUFFORD; LUCAS JOHN
HUFFORD; PEGGY EILEEN HUFFORD; TIMBERLINE LOGGING, INC., an Oregon
corporation; SARITA INCH-CARRINO; ANDREW M CARRINO; WILLIAM JELINEK;
TAMI KING; LINDSEY JENKINS; JAMES JOHNSON; MICHAEL KEVIN JONES; ERIK
ANDREW JOURNEY; DENNIS MICHAEL KANE; MICHELLE KEASLING; WILLIAM
WHITAKER; MICHELLE KEASLING, as guardian ad litem for P.W.; Olivia Kilpatrick; as
guardian ad litem for K.G.; TERRANCE KIMBLE; DANIEL ORION KRUEGER; ROBERT
LAFONT; CHRISTINA DORENE LEDFORD; WILLIAM LOUIS LESSEL; ELIZABETH
MAY LIVINGSTON; ALLEN LIVINGSTON; ELIZABETH MAY LIVINGSTON, as guardian
ad litem for A. L.; ELIZABETH MAY LIVINGSTON as guardian ad litem for An.L.; Mustangs
and Fast Fords, an Oregon nonprofit Corporation; CHRISTOPHER MADDEN; ELLEN KEAS;
JENNIFER MARSHALL; JODEY MARSHALL; HAROLD LEROY HUNTER; DAEMUN
MARSHALL; JENNIFER MARSHALL, as guardian ad litem for A.M.; JENNIFER
MARSHALL, as guardian ad litem for E.M.; JENNIFER MARSHALL, as guardian ad litem for
L.M; RAND MASSINGHAM; PAMILA MASSINGHAM; DEJA MATAISZ; DAVID
MAYBERRY; ZACHARY VANTA; CRETH MAYR; FRANCIS MERCEDES MAYR;
GABRIEL VILLA; REBECCA LYNN MCCLASKEY; ROYAL ALEXANDER MCCLASKEY;
WAYNE ALLAN MCCORMICK; AUSTIN MELBYE; DAVID MELBYE; TINA MELBYE;

COMPLAINT                                    9                    **SINGLETON SCHREIBER, LLP**

DELMARE MONICAL; CHALENE MUDD; CHALENE MUDD as guardian ad litem for L.

M.; BEATNIKZ LLC, an Oregon limited liability company; HALIA MUELLER; HOPE

MUELLER; KARL MUELLER; MICHAEL MYERS; SHANE NAVARRO; NAVARRO

PROPERTIES LLC, an Oregon limited liability company; OREGON METAL ROOFING AND

GUTTERS, LLC, an Oregon limited liability company; KARIN NEGRETE; ERIC HICKMAN;

KARIN NEGRETE, as guardian ad litem for A.H.-C.; ASHLEY NORWOOD-MCCALL;

ALVARO OCHOA; ALEXA OCHOA; EDITH OCHOA; ALVARO OCHOA , as guardian ad

litem for A.O.; ALVARO OCHOA, as guardian ad litem for E.O.; AMBER MICHELLE

OLIVER; KENDALL SMELTZER; ANDREW OLIVER; THOMAS MICHAEL OLIVER;

ALYSSA PANICCIA; MICHAEL PANICCIA; ALYSSA PANICCIA, as guardian ad litem for

A.P.; ALYSSA PANICCIA, as guardian ad litem for G.P.; PEGGY J. PANTEL; KIMBERLY

CHEYENNE PAUL; DAVID EUGENE PAUL; DREW PETERS; TINA PETERSON-

OYERVIDES; ANGELIQUE CASTRO; CHRIS OYERVIDES; DJ PETERSON;  PATRICIA

RICHARDSON; SHARON OUAKIL; ANGELIQUE CASTRO, as guardian ad litem for C.C.;

ANGELIQUE CASTRO, as guardian ad litem for M.C.; ANGELIQUE CASTRO, as guardian ad

litem for R.C.; ANGELIQUE CASTRO, as guardian ad litem for N.G.; BRITTANY R.

PETRENY;  BRITTANY R. PETRENY, as guardian ad litem for J.R.P.; BRITTANY R.

PETRENY, as guardian ad litem for J.J.P.; WENDY MILLS QUIRK; DANIEL LEE QUIRK;

JOYCE MARIE MILLS; JOYCE MARIE MILLS, as Personal Representative of the GARY

HOWARD MILLS ESTATE; LEXIE ANNE QUIRK; TAYLOR MARIE QUIRK; WQ

Bookkeeping LLC, an Oregon limited liability company; KATHI MECHELLE REED; BLAZE

IRWIN MARTIN; KENDELL CHAD REESE; KAYLA MARIE KUMLE; WINONA RHODES;

KYLE RICHARDS; GREG DAVIS; KATHRYN HEINONEN; ANN STATEN; CASEY

**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

STATEN; ROBERT RIEDMANN; ANNA LEIGH RIEDMANN; PHOENIX RIESING; PHOENIX RIESING, as guardian ad litem for D.M.S.; PHOENIX RIESING, as guardian ad litem for C.A.S.; MARY RIPPBERGER; MARK A. ROHLFS, individually and d/b/a SANTA & SONS CHRISTMAS TREE; PATRICIA A. ROHLFS; DENISE ROLFE; LARRY WOODWARD; JIM DOUGLAS CLINTON ROMAN; JIM DOUGLAS CLINTON ROMAN, as guardian ad litem for T.R.; LINDSAY MICHELLE ROYALS; BRANDON MICHAEL SHAW; CODY RUMBLE, individually and d/b/a STRINGS PRODUCTION;  JAIME SALAZAR; DIANA SHEFCHECK, individual and as Trustee of the STEVEN AND DIANA SHEFCHECK LIVING TRUST; STEVEN SHEFCHECK, individual and as Trustee of the STEVEN AND DIANA SHEFCHECK LIVING TRUST; MEGAN MARIE SHELLY; CY BENEDICT DELLENBACK-OUELLETTE; JOSIAH SHIRLEY; RONALD GENE SHORT; REBECCA EMLAY SHORT; RONALD GENE SHORT, as guardian ad litem for R.L.A.S.; RSC, Inc., an Oregon corporation; ROBERT SHUSTER; ROBERT SHUSTER, as guardian ad litem for A.S.; ROBERT SHUSTER, as guardian ad litem for M.S.; TERESA SIMMONS; CHRISTOPHER HERNANDEZ; JAMERSON SIMPSON; LAURA SIRECI; ROBIN ELAINE SLAVEN; ROBIN ELAINE SLAVEN, as guardian ad litem for B.A.S.; KEONI SOPER; ANDREW E. SPENCER; ANNA K. COURGAIN; ANDREW E. SPENCER, as guardian ad litem for A.E.S.; ZACHARY ST. VINCENT; NATALIA STOCKTON; ZACHARY ST. VINCENT, as guardian ad litem for J.S.V; ZACHARY ST. VINCENT as guardian ad litem for M.S.V.; GARRETT STEVENS; DOUGLAS HUERTA; JIMMY JORDAN; STEPHANIE BOBBITT; JOSH STONE; SHANTEL WERNER; JOSH STONE, as guardian ad litem for K.K.; JOSH STONE, as guardian ad litem for Ko.K; JOSH STONE as guardian ad litem for Ky.K.; MICHAEL EDWARD SULLIVAN; MICHAEL EDWARD SULLIVAN; as guardian ad litem for N.B.S.; DACHIA

COMPLAINT                                              11

**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

THOMPSON TRISTAN THOMPSON; OLIVIA THOMPSON; ADAM COTTA;  RICHARD

THOMPSON; CHRISTOPHER GOHL; DAVID THULSTRUP; LUANNE THULSTRUP;

STEVEN TRINE; TIFFANY HARVEY; TIFFANY HARVEY, as guardian ad litem for K.M.;

KAYLA TROUTMAN; SHAUN KELLY BORG; BRIAN THOMAS VARNEY; MELISSA

ANN VARNEY; JASON DUPREE WALKER; JEFFREY STERLING WELCH; RUSSELL

GLENN WEST; STEWART WESTON; WILLIAM M. WIESE; JOSHUA ANTHONY COACH;

RIKKI RAQUEL ESTRADA; JULIE WILCHER; LISA WILLSON; MORGAN ROSE

WILLSON; JANE WILSON, individually and as trustee of the BOB AND JANE WILSON

FAMILY TRUST, UAD April 17, 2018; ROBERT WILSON, individually and as trustee of the

BOB AND JANE WILSON FAMILY TRUST, UAD April 17, 2018; JANET WILSON;

MICHELLE WILSON; AUSTIN WILSON; CHANCE WILSON; SHAWN WILSON; TERRY

SHANE WILSON; ROBYN L. WINTERS; PENNIE WOLFORD; MATTHEW SCOTT

YOUNG; JENNIFER YOUNG; MATTHEW SCOTT YOUNG, as guardian ad litem for C.J.Y.;

MATTHEW SCOTT YOUNG, as guardian ad litem for J.S.Y.; and MATTHEW SCOTT

YOUNG, as guardian ad litem for J.Y., bring this action against Defendant THE UNITED

STATES for the uncompensated taking of their property. As grounds for their complaint,

Plaintiffs allege as follows:

PARTIES

1.      Plaintiffs are individuals, representatives, and legal entities. At all times relevant

to this pleading, Plaintiffs were homeowners, renters, business owners, residents, and occupants

of real property located in Lane County, Oregon, and/or had a property interest located therein.

The Holiday Farm Fire resulted in a taking of Plaintiffs' property without just compensation.

2.      Plaintiffs have elected to join their individual lawsuits in a single action under

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

rules of permissive joinder as set forth in Rule 20(a)(1) of the Federal Rules of Civil Procedure. Plaintiffs do not seek class certification or relief on any collective basis. Instead, they seek just compensation for the taking of their properties on an individual basis.

3.      Defendant the United States took Plaintiffs' properties without compensation acting through the Bonneville Power Administration, an administration within the United States Department of Energy ("BPA"), as established pursuant to the Bonneville Project Act of 1937, 16 U.S.C. § 832(a).  The BPA is based in the Pacific Northwest with its Administrator and office headquarters located in Portland, Oregon. It owns and operates powerlines and other electric equipment and infrastructure ("electric utility infrastructure") in Oregon to transmit, supply, and provide electricity to public and private consumers.

### JURISDICTION AND VENUE

4.      This Court has exclusive jurisdiction over the subject matter of this action and venue is proper in this Court pursuant to the Tucker Act, 28 U.S.C. § 1491(a), because this is an action against the United States founded upon the Constitution.

### FACTUAL BACKGROUND

5.      BPA supplies electricity in the Holiday Farm area in Lane County, Oregon. It owns, operates, and controls electric utility infrastructures that transmit electricity to other electric utilities and to residents, businesses, schools, and industries throughout the Pacific Northwest, including in and around the points of ignition of the Holiday Farm Fire. Its electric utility customers include Lane Electric Cooperative ("LEC") and Eugene Water & Electric Board ("EWEB"), to which it transmits electricity and provides electric utility infrastructure.

6.      The operation of electric utility infrastructure carries inherent dangers.  As Oregon Governor Kate Brown's Wildfire Council stated in its Recommendations on Utility

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel. (619) 771-3473

Preparedness: "As the frequency, intensity and duration of wildfires has increased in the West, there is a need to have electrical companies take measures to reduce the risk of these events. For example, powerline fires are on average 10 times larger than fires from other causes."

7.    Due in part to extreme drought conditions as designated in the U.S. Drought Monitor on both sides of the Cascade Mountains through 2020, fire potential was well above normal levels at the beginning of September 2020.

8.    Starting on Wednesday, September 2, 2020, the National Weather Service (the "Service") began issuing warnings about dangerous weather conditions for fires in Oregon. The Service noted that beginning on Monday, September 7, 2020—Labor Day—there would be gusty offshore winds leading to "fire weather concerns[.]"


9.    On Friday, September 4, 2020, the Service continued to issue warnings about the weather that would begin the following Monday. The Service predicted winds of a magnitude that one would expect to see "once every 30 years." The Service warned that, as "a result . . . fire weather concerns abound." The Service recognized that this was "an unusual amount of lead time for a watch[.]" But because of "the high level of confidence in a strong east wind event," the Service felt it was "prudent to give fire officials as much time to prepare as possible." The Service urged "extreme caution[.]" In issuing this warning, the Service specifically identified geographic areas of concern, including an area that covered the Holiday Farm area. It also again identified "Monday evening" as when the extreme winds would begin and create the "potential to see rapid fires spread[.]"

10.    On Saturday, September 5, 2020, the Service issued a "Red Flag Warning" that would begin at noon on Monday (Labor Day) and end at 10:00 p.m. on Tuesday, (date) and

COMPLAINT

14

predicted extreme winds between 35 and 50 miles per hour. The Service issues a "Red Flag warning" when "warm temperatures, very low humidities, and stronger winds are expected to combine to produce an increased risk of fire danger." National Weather Service, Red Flag Warning, *available at* https://www.weather.gov/mqt/redflagtips.

11.     The Service continued to issue warnings in the days and hours leading up to the evening of Monday, September 7, 2020. On Sunday, September 6, 2020, the Service reiterated that there were "many concerns" about the winds beginning Monday evening. Among those concerns was "the extreme fire danger[.]" And by Sunday evening, the Service identified 8:00 p.m., Monday through 1:00 p.m., Tuesday as the most concerning time frame.

12.     On the morning of September 7, 2020, the Service informed the public that they were on "track for an extremely dangerous period of fire weather[.]" Winds were expected to reach speeds of 60 to 80 miles per hour. The conditions put much of Oregon—including the Holiday Farm area—in the "Extremely Critical" category. This rare category is reserved for situations in which forecasters are confident about extremely dangerous wildfire conditions on a given day. Before September 7, 2020, the Service had placed Oregon in this category only twice before, in the summer of 2000.

13.     By the morning of September 7, 2020, BPA knew that there was an extreme fire risk throughout Oregon, including in the Holiday Farm area, for that evening.

14.     On the evening of September 7, 2020, at about 8:00 p.m., Governor Kate Brown's chief of staff led a call that included several electric utilities, including BPA. During that call, Doug Grafe, Chief of Fire Protection of the Oregon Department of Forestry ("ODF"), advised the utilities to immediately cease energizing their powerlines to prevent ignition of

COMPLAINT                                                15                    **SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

additional wildfires.

15.    Well before the ODF advised the utilities to deenergize their powerlines on Labor Day 2020, BPA knew that deenergizing powerlines was an effective way to prevent wildfires during periods of elevated fire danger, including during high wind events. As early as 2013, partly in response to catastrophic California wildfires, electric utilities on the West Coast have used intentional temporary outages to prevent fires. By September 7, 2020, Good Utility Practice required utilities to have a plan for deenergizing powerlines under conditions of extreme fire danger. Indeed, many utilities in Oregon deenergized their powerlines in anticipation of the high winds that blew through on Labor Day 2020.

16.    Despite this, it wasn't until 2022 that BPA adopted a Wildfire Mitigation Plan stating that deenergizing powerlines is a way to prevent wildfires: "During fire season, which typically ranges from sometime in May to late October, there may be extreme conditions or weather triggers that require BPA to de-energize certain assets to reduce the risk of a potential uncontrolled ignition. These extreme weather triggers are designed using best practices on imminent fire danger and geospatial analysis of wind and humidity variables. BPA has decided that these extreme weather triggers are wind in excess of 60 mph combined with National Weather Service Red Flag Warning (RFW) and/or relative humidity < 20%. These variables have been calibrated to BPA's robust design standards which allow for heavy wind and loading conditions." Although the Wildfire Mitigation Plan was not in effect at the time of the Holiday Farm Fire, the weather conditions under which the Plan requires BPA to deenergize powerlines existed on the evening of September 7, 2020.

17.    Owners and operators of electric utility infrastructures in Oregon other than BPA deenergized their powerlines on Labor Day weekend of 2020 because of the fire danger. These

**SINGLETON SCHREIBER, LLP**
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

other owners and operators made public announcements long before the shutoffs, including in major media outlets, alerting everyone that because of the elevated risk of wildfire, electricity would be temporarily shut off.

18.    BPA, however, intentionally chose to continue to energize and/or reenergize powerlines it owned, operated, or controlled, including in the Holiday Farm area, for its own monetary benefit at the expense of Plaintiffs, so that it could continue to transmit electricity to the public for which it could charge customers in its vast electric service area.

19.    The direct, natural, and probable result of BPA's intentional conduct--including continuing to energize and/or to reenergize powerlines it owned, operated, or controlled when there was extreme wildfire danger—was the ignition of the Holiday Farm Fire. The fire initially ignited at 5:25 p.m., on September 7, 2020, when a tree, that BPA should have removed, toppled onto its powerline near milepost 42 of Highway 126, causing a fault. A second ignition occurred later that evening at about 8:00 p.m., near mile 47 of Highway 126 after BPA reenergized its powerline following the fault, thereby transmitting power to LEC's powerline at that location, despite the extreme fire danger. At the time that BPA reenergized its powerline wind gusts exceeded 60 miles per hour, with sustained winds of about 40 miles per hour, and humidity was near 10%.

20.    The inevitable consequence of BPA's continued transmission of electricity, given the conditions (including wind speed and direction, topography, and the predictable way in which wildfires spread), was a wildfire that spread to Plaintiffs' properties and deprived Plaintiffs of use and enjoyment of their properties for a significant period of time, many of them permanently, as some properties will never recover and others will require months, if not years, to be rebuilt and restored.

COMPLAINT                                      17                        **SINGLETON SCHREIBER, LLP**
                                                                        591 Camino de la Reina, Suite 1025
                                                                        San Diego, CA 92108
                                                                        Tel. (619) 771-3473

21.    The Holiday Farm Fire eventually destroyed over 170,000 acres. It killed at least one person, injured countless others, and caused millions of dollars in property damage. Hundreds of homes, schools, and businesses were destroyed. People's priceless possessions were incinerated. Their beloved pets and other animals suffered horrific deaths. For some, everything they had spent a lifetime gathering was lost. The wedding ring from their grandmother ruined. Their child's first set of shoes blackened beyond recognition. Irreplaceable pictures left in ashes. And all because BPA continued to energize or too quickly reenergized powerlines that it owned, operated, or controlled.



*A firefighter risks his life to battle the Holiday Farm Fire. Photo taken from the KPIC, Channel 4 website.*

*A small statue is all that is recognizable from an area where a library once stood. Photo by Andy Nelson/The Register-Guard and published in The Bulletin.*



COMPLAINT

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

CLAIM FOR RELIEF

**Inverse Condemnation Under Amendment V of the United States Constitution**

22.     The foregoing paragraphs are incorporated into this claim for relief.

23.     On September 7, 2020, Plaintiffs owned, or otherwise held interests in, property in the Holiday Farm area in Lane County, Oregon.

24.     BPA has the power of condemnation under the Constitution. BPA exercised this power prior to and on September 7, 2020, when it installed, operated, controlled, used, and maintained its electric utility infrastructure, in and around the location of the Holiday Farm Fire, for the purpose of providing electrical services to the public.

25.     BPA exercised control and dominion over its electric utility infrastructure.

26.     On September 7, 2020, BPA intentionally decided to energize electric utility infrastructures it owned, controlled, or operated, in advance of the arrival of the high winds about which the National Weather Service had repeatedly warned. After the winds arrived, BPA again intentionally decided to continue to energize its powerlines even though it was receiving multiple reports of downed powerlines throughout the Holiday Farm area and Oregon generally. And after a fault on BPA's powerline at 5:25 p.m., on September 7, 2020, BPA intentionally reenergized that powerline without determining the cause of the fault and despite high winds and extreme fire danger.

27.     When BPA intentionally energized and reenergized its powerlines on September 7, 2020, it appropriated to its monetary benefit the ability to continue to supply electricity to the public and collect revenues from its customers in its vast service area at the expense of Plaintiffs.

COMPLAINT                                    19                    **SINGLETON SCHREIBER, LLP**

28.    BPA's decisions to energize and reenergize powerlines resulted in the ignition of the Holiday Farm Fire, depriving Plaintiffs of the right to enjoy their properties for an extended period of time, many of them permanently, as some properties will never recover and others will require months, if not years, to be rebuilt and restored.

29.    The Holiday Farm Fire was the direct, natural, and probable result of BPA's intentional actions.  It was foreseeable that BPA's actions on September 7, 2020, including energizing and/or reenergizing its powerlines in the Holiday Farm area, given all the circumstances that existed, would result in the ignition of a wildfire in the Holiday Farm area.

30.    The inevitable consequence of the fire that BPA's intentional decisions caused was that flames, smoke, embers, ash, odors, gases, and airborne particles came into contact with, were deposited on, damaged, destroyed, and/or otherwise trespassed on Plaintiffs' real and personal property, causing incredibly hazardous and unhealthy conditions, and interfering with Plaintiffs' right to enjoy their properties. This interference is ongoing, as Plaintiffs face an ongoing risk of harm to themselves and their property from rockfall, flooding, debris flows, diminished drinking water quality, decreased soil productivity, and increased noxious weed spread – all caused by the Holiday Farm Fire.

31.    The Holiday Farm Fire caused Plaintiffs to suffer substantial harm to their property including, but not limited to, interference with their personal rights and interests in their use and quiet enjoyment of their real and personal properties; interference with their normal and usual activities; damage to and destruction of real property; damage to and loss of structures, personal property, and cherished possessions; out-of-pocket expenses directly incurred as a result of the fire; additional living expenses; evacuation expenses; uncompensated time engaged in recovery efforts; lost wages; loss of earning capacity; and loss of business income and goodwill.

COMPLAINT                                    20                        **SINGLETON SCHREIBER, LLP**
                                                                                                        591 Camino de la Reina, Suite 1025
                                                                                                        San Diego, CA 92108
                                                                                                        Tel.  (619) 771-3473

32.     All the foregoing harms to Plaintiffs' real and personal properties, many of which are permanent and ongoing, were the direct, natural, and probable result of BPA's intentional inadequate vegetation management; its intentional continuing to energize its powerlines before the fault at 5:25 p.m. on September 7, 2020; and its intentional reenergization of its powerlines after the fault. BPA's conduct and the resulting harms, as described herein, constitute a taking of Plaintiffs' private property for public use without just compensation in violation of Amendment V of the Constitution.

33.     Plaintiffs seek just compensation for this taking in amounts as shall be proven at trial.

### PRAYER FOR RELIEF

Plaintiffs seek:

(a)     Just compensation for the taking of their properties on an individual basis in amounts as shall be proven at trial;

(b)     Reasonable attorneys' fees, costs, and disbursements pursuant to 28 U.S.C. § 2412;

(c)     Any other relief that the Court shall deem proper, all according to proof.

Dated: September 12, 2023          SINGLETON SCHREIBER LLP

By:

/s/ *Stephen J. Hill*
Stephen J. Hill
shill@singletonschreiber.com
Gerald Singleton, of counsel (petition for admission pending)
gsingleton@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel.  (619) 771-3473

Attorneys for Plaintiffs

COMPLAINT                          21                          **SINGLETON SCHREIBER, LLP**